### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SNEAD** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | |
| | : | **NO. 09-1629** |
| **DAVID DIGUGLIELMO; Superintendent,** | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA; and,** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | |

## O R D E R

**AND NOW**, this 19th day of November, 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 filed by petitioner, Robert Snead (Document No. 1, filed April 16, 2009), the record in this case, and the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated October 21, 2009, no objections having been filed, and the time for filing objections having expired, **IT IS ORDERED** as follows:

1.  The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated October 21, 2009 is **APPROVED** and **ADOPTED**;

2.  The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 filed by petitioner, Robert Snead, is **DISMISSED** as time-barred under 28 U.S.C. § 2244(d)(1); and,

3.  A certificate of appealability **WILL NOT ISSUE** because reasonable jurists would not debate this Court's rulings.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:


**/s/Jan E. DuBois**
**JAN E. DUBOIS, J.**